DAVID R. GARRETT, APPELLEE, V. BARBARA J.
GARRETT, APPELLANT.
348 N.W.2d 120

Filed April 20, 1984. No. 83-305.

L. William Kelly III of Kelly & Kelly, for appellant.

Steven M. Curry of Sampson, Curry & Hummel, for appellee.

BOSLAUGH, HASTINGS, and GRANT, JJ., and BRODKEY, J., Retired, and RIST, D.J.

PER CURIAM.

The instant appeal involves a domestic relations matter.

The court, having reviewed the record in this case de novo, agrees with the result reached by the trial court. The judgment is affirmed.

AFFIRMED.